UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>THE CONTENTS OF BANK ACCOUNT)<br>NUMBER 1979001375, LOCATED )<br>AT NORTHEAST BANK, LEWISTON, )<br>MAINE )<br>)<br>DEFENDANT-IN-REM. ) | Civ. No. 08-297-P-S |

### DECREE OF FORFEITURE

WHEREAS, on September 10, 2008, a Verified Complaint for Forfeiture against the defendant-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of Title 18, United States Code, Sections 981(a)(1) and 981(b);

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, on September 16, September 23 and September 30, 2008, notice of this action was published in the Lewiston Sun Journal, a newspaper of general circulation;

WHEREAS, on November 3, 2008, Andrew Stonehouse was defaulted;

WHEREAS, it appearing from the record no claims, contested or otherwise, have been filed against the defendant-in-rem;

**NOW THEREFORE**, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant-in-rem is **FORFEITED** to the United States and no right, title or interest shall exist in any other person or entity;

**IT IS FURTHER ORDERED THAT** that the defendant-in-rem shall be disposed of according to law.

**SO ORDERED,**

Date: November 6, 2008

/s/ George Z. Singal
George Z. Singal
Chief United States District Court